| | |
|---|---|
| 1 | Z. KATHRYN BRANSON, ESQ., Bar #11540 |
| 2 | LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway |
| 3 | Suite 300<br>Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800<br>Fax No.:         702.862.8811 |
| 5 | Email:  kbranson@littler.com |
| 6 | Attorneys for Defendant<br>WALMART INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SOLORZANO, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOES 1 Through 25, inclusive, and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00109-JAD-VCF<br><br>**STIPULATION & ORDER FOR AN EXTENSION OFTIME FOR DEFENDANT WALMART, INC.'S TO FILE REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 11 |

TIFFANY SOLORZANO ("Plaintiff") and WALMART, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its reply in support of its Partial Motion to Dismiss Plaintiff's Complaint filed on January 27, 2021 (ECF No. 4) from the current deadline of February 17, 2021, up to and including **March 1, 2021**.

This is the first request for an extension of the reply deadline. The extension is requested to accommodate the workload and schedule of defense counsel, is sought in good faith, and is not made for the purposes of delay.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that good cause exists for this extension.

Dated: February 17, 2021

Respectfully submitted,

_____
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
TIFFANY S. YANG, ESQ.
KANG & ASSOCIATES, PLLC

Attorneys for Plaintiff
TIFFANY SOLORZANO

Dated: February 17, 2021

Respectfully submitted,

_____
Z. KATHRYN BRANSON
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____February 19_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

4845-2861-5132.1 080000.4158

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800