Z. KATHRYN BRANSON, ESQ., Bar #11540
STEVEN J.T. WASHINGTON, ESQ., Bar # 14298
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com
swashington@littler.com

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SOLORZANO, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOES 1 Through 25, inclusive, and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00109-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendant WALMART, INC. ("Defendant") and Plaintiff TIFFANY SOLORZANO ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to amend the Discovery Plan and Scheduling Order (**ECF No. 18**) by extending the outstanding discovery deadlines for a period of ninety (90) days.

This is the first request for an extension to the Discovery Plan and Scheduling Order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay.  This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

## DISCOVERY COMPLETED TO DATE

The parties served their initial disclosures on March 10, 2021. Defendant propounded its First Set of Interrogatories and Requests for Production of Documents on March 23, 2021. Plaintiff responded to Defendant's written discovery requests on April 23, 2021. On April 28, 2021, Plaintiff served Plaintiff's first supplement to initial disclosures. On April 29, 2021, Defendant deposed Plaintiff. On May 27, 2021, Defendant served its first supplement to initial disclosures. On June 16, 2021, Plaintiff propounded written Requests for Production of Documents, Request for Admissions and Interrogatories on Defendant. Defendant's response deadline to Plaintiff's discovery is July 16, 2021. On June 25, 2021, Defendant served its Second Set of Requests for Production of Documents. Plaintiff's responses are due on July 26, 2021. On June 28, 2021, Plaintiff served Plaintiff's second supplement to initial disclosures. Plaintiff and Defendant are also discussing dates to notice a 30(b)(6) deposition of Defendant.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Written discovery is ongoing in this case. The parties will review each other's discovery responses and engage in the meet and confer process as needed. The parties are currently engaged in the meet and confer process on Plaintiff's Responses to Requests for Production and Answers to Interrogatories. Defendant intends to issue subpoenas for records (which subpoenas will be dependent on Plaintiff's discovery responses, which Defendant is in the process of reviewing). Defendant will require time to review the subpoenaed records, assess the need for third-party depositions concerning the subpoenaed records, and take additional depositions. Plaintiff also intends to review Defendant's written discovery responses, issue additional written discovery as needed, and notice depositions.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed to complete written discovery and receive responses to third-party subpoenas, as well as notice and take depositions and conduct additional third-party discovery. The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

# REVISED DISCOVERY PLAN

1. <u>Discovery Cut-Off Deadline</u>

The discovery cut-off deadline shall be extended for ninety (90) days from July 26, 2021 to **Monday, October 25, 2021 [Deadline is a Sunday moved to Monday]**.

2. <u>Amending the Pleadings and Adding Parties</u>

The deadline to amend the pleadings and add parties passed on April 27, 2021 and shall not be extended.

3. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>

The expert disclosure deadline passed on May 27, 2021 and shall not be extended.

4. <u>Rebuttal Expert Disclosures</u>

The rebuttal expert disclosure deadline passed on June 28, 2021 and shall not be extended.

5. <u>Dispositive Motions Deadline</u>

The dispositive motion deadline shall be extended for ninety (90) days from August 25, 2021 to **Tuesday, November 23, 2021.**

6. <u>Joint Pretrial Order Deadline</u>

If no dispositive motions are filed, and unless otherwise ordered by the Court, the joint pretrial order deadline shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **Thursday, December 23, 2021**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

7. <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>

Unless the Court orders otherwise, the disclosures required in Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

8. <u>Extensions or Modification of the Discovery Plan and Scheduling Order</u>

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

proposed deadlines:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Discovery Cut-Off | July 26, 2021 | **Monday, October 25, 2021** |
| Dispositive Motions | August 25, 2021 | **Tuesday, November 23, 2021** |
| Joint Pretrial Order and Disclosures | September 24, 2021 | **Thursday, December 23, 2021** |

~~If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or~~ further court order.

Dated: July 2, 2021

Respectfully submitted,

/s/ Patrick W. Kang
PATRICK W. KANG, ESQ.
KYLE R TATUM, ESQ.
TIFFANY S. YANG, ESQ.
KANG & ASSOCIATES, PLLC

Attorneys for Plaintiff
TIFFANY SOLORZANO

Dated: July 2, 2021

Respectfully submitted,

/s/ Steven J.T. Washington
Z. KATHRYN BRANSON, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

Dated: 7-2-2021

UNITED STATES MAGISTRATE JUDGE

4845-3342-8464.1 / 080000-4158

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.