Z. KATHRYN BRANSON, ESQ., Bar #11540
STEVEN J.T. WASHINGTON, ESQ., Bar # 14298
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:  kbranson@littler.com
            swashington@littler.com

Attorneys for Defendant
WALMART INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SOLORZANO, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOES 1 Through 25, inclusive, and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00109-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 26 |

Plaintiff TIFFANY SOLORZANO ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated:  November 5, 2021

Respectfully submitted,

*/s/ Kyle R. Tatum*
PATRICK W. KANG, ESQ.
KYLE R TATUM, ESQ.
TIFFANY S. YANG, ESQ.
KANG & ASSOCIATES, PLLC

Attorneys for Plaintiff
TIFFANY SOLORZANO

Dated:  November 5, 2021

Respectfully submitted,

*/s/ Steven J.T. Washington*
Z. KATHRYN BRANSON, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

## ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 5, 2021

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800